**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARY CONNER, Individually and as the
representative of a class of similarly situated persons,

                                           Case No.   1:19-cv-955-PAE

                     Plaintiff,

        - against -

MORPHE LLC,

                   Defendant.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

      Mary Conner, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP

41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs, of

the above-referenced matter against Morphe LLC.  No Answer has been filed in this case.

Dated: Brooklyn, New York
       April 11, 2019

                                    SHAKED LAW GOUP, P.C.
                                  Attorneys for Plaintiff

                          By:_____
                                  Dan Shaked (DS-3331)
                                  44 Court St., Suite 1217
                                  Brooklyn, NY 11201
                                  Tel. (917) 373-9128
                                  Fax (718) 704-7555
                                  e-mail: ShakedLawGroup@Gmail.com